**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CASE NO. 2:12-cr-0206-SLB** |
| ) | |
| **DEONTE TYWON HAWKINS,** ) | |
| **Defendant.** ) | |

ORDER

The magistrate judge filed a Report and Recommendation, (doc. 20),[1] recommending that defendant's Motion to Suppress, (doc. 14), be granted in part and denied in part. After careful consideration of the Motion, the magistrate judge's Report and Recommendation, the Government's Response to Defendant's Motion to Suppress, the record in this case, and the relevant law, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore **ORDERED** that defendant's Motion to Suppress is **GRANTED** as to the two statements made on February 12, 2012, and is **DENIED** as to the statement given on February 27, 2012.

DONE this the 21st day of August, 2012.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.