# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CASE NO. 2:12-cr-0206-SLB** |
| ) | |
| **DEONTE TYWON HAWKINS,** ) | |
| **Defendant.** ) | |

## ORDER

The magistrate judge filed a Report and Recommendation, (doc. 21),[1] recommending that defendant's Motion to Dismiss the Indictment, (doc. 15), be denied. After careful consideration of the Motion, the magistrate judge's Report and Recommendation, the Government's Response to Motion to Dismiss, Defendant's Objection to the Report and Recommendation on Defendant Hawkins's Motion to Dismiss the Indictment, the record in this case, and the relevant law, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore **ORDERED** that defendant's Motion to Dismiss the Indictment is hereby **DENIED**.

DONE this the 21st day of August, 2012.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.